STATE of Missouri, Respondent,

v.

**Samuel Lee SHAFFER, Appellant.**

**WD 78441**

Missouri Court of Appeals,
Western District.

ORDER FILED: APRIL 26, 2016

Casey Allen Taylor, Columbia, MO, Counsel for Appellant.

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent.

Before Division Four: Alok Ahuja, P.J., Thomas H. Newton, Anthony Rex Gabbert, JJ.

**ORDER**

Per Curiam:

Samuel Lee Shaffer appeals from a judgment entered upon a jury verdict convicting him of the class C felony of steal-

ing, Section 570.030, RSMo Cum.Supp. 2013. We affirm. Rule 30.25(b).